# EXHIBIT 3

# [PROPOSED] ANSWER TO COMPLAINT

# EXHIBIT 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

David R. Fox (NV Bar No. 16536)
Christopher D. Dodge (*pro hac vice* forthcoming)
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 968-4490
dfox@elias.law
cdodge@elias.law

Bradley S. Schrager (NV Bar No. 10217)
Daniel Bravo (NV Bar No. 13078)
**Bravo Schrager LLP**
6675 South Tenaya Way, Suite 200
Las Vegas, NV 89113
(702) 996-1724
bradley@bravoschrager.com
daniel@bravoschrager.com

*Attorneys for Proposed Intervenor-Defendants
Vet Voice Foundation and Nevada Alliance for Retired Americans*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

REPUBLICAN NATIONAL COMMITTEE;
NEVADA REPUBLICAN PARTY; DONALD
J. TRUMP FOR PRESIDENT 2024, INC.; and
DONALD J. SZYMANSKI,

               Plaintiffs,

               v.

CARI-ANN BURGESS, *in her official
capacity as the Washoe County Registrar of
Voters*; JAN GALASSINI, *in her official
capacity as the Washoe County Clerk*;
LORENA PORTILLO, *in her official capacity
as the Clark County Registrar of Voters*;
LYNN MARIE GOYA, *in her official capacity
as the Clark County Clerk*; FRANCISCO
AGUILAR, *in his official capacity as Nevada
Secretary of State*,

               Defendants.

Case No. 3:24-cv-00198-MMD-CLB

**[PROPOSED] ANSWER TO
COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF**

Proposed Intervenor-Defendants Vet Voice Foundation ("Vet Voice") and Nevada Alliance for Retired Americans (the "Alliance") (collectively, "Proposed Intervenors"), by and through their attorneys, submit the following proposed Answer to Plaintiffs' Complaint for Declaratory and Injunctive Relief ("Complaint"). Proposed Intervenors respond to the allegations in the Complaint as follows:

## **INTRODUCTION**

1.      Paragraph 1 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

2.      Paragraph 2 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

3.      Denied.

4.      Denied.

5.      Denied.

6.      Paragraph 6 contains legal contentions, characterizations, conclusions, and opinions to which no response is required. Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 6 and therefore deny them.

## **JURISDICTION AND VENUE**

7.      Paragraph 7 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

8.      Paragraph 8 contains legal contentions, characterizations, conclusions, and opinions to which no response is required. Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 8 and therefore deny them.

## **PARTIES**

9.      Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and therefore deny them.

10.      Proposed Intervenors lack knowledge and information sufficient to form a belief as

[PROPOSED] ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

ELIAS LAW GROUP
LLP
ATTORNEYS AT LAW
WASHINGTON, DC

to the truth of the allegations in Paragraph 10 and therefore deny them.

11.     Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 11 and therefore deny them.

12.     Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 12 and therefore deny them.

13.     Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 13 and therefore deny them.

14.     Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 14 and therefore deny them.

15.     Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and therefore deny them.

16.     Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and therefore deny them.

17.     Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and therefore deny them.

18.     Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and therefore deny them.

19.     Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and therefore deny them.

20.     Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and therefore deny them.

21.     Admitted.

22.     Admitted.

23.     Admitted.

24.     Admitted.

25.     Admitted.

## **ALLEGATIONS**

26.     Paragraph 26 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

27.     Paragraph 27 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

28.     Paragraph 28 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

29.     Paragraph 29 contains legal contentions, characterizations, conclusions, and opinions to which no response is required. Proposed Intervenors also note that Paragraph 29 slightly misstates the text of 2 U.S.C. § 1, which in relevant part reads: "At the regular election held in any State next preceding the expiration of the term for which any Senator was elected to represent such State in Congress, at which election a Representative to Congress is regularly by law to be chosen, a United States Senator from said State shall be elected by the people thereof for the term commencing on the 3d day of January next thereafter." 2 U.S.C. § 1.

30.      Paragraph 30 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

31.     Paragraph 31 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

32.     Paragraph 32 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

33.     Paragraph 33 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

34.     Proposed Intervenors deny the allegations in Paragraph 34 because the quoted text is a selective, inaccurate, and incomplete recitation of NRS 293.269921(1).

35.     Admitted.

36.     Admitted.

37.     Admitted.

38.     Admitted.

ELIAS LAW GROUP
LLP
ATTORNEYS AT LAW
WASHINGTON, DC
[PROPOSED] ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

39.    Admitted.

40.    Paragraph 40 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

41.    Admitted.

42.    Paragraph 42 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

43.    Paragraph 43 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

44.    Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 44 and therefore deny them.

45.    Paragraph 45 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

46.    Denied.

47.    Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and therefore deny them.

48.    Paragraph 48 contains legal contentions, characterizations, conclusions, and opinions to which no response is required. Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 48 and therefore deny them.

49.    The first sentence of Paragraph 49 is denied. Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 49 and therefore deny them.

50.    Paragraph 50 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

51.    Paragraph 51 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

52.    Paragraph 52 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

ELIAS LAW GROUP
LLP
ATTORNEYS AT LAW
WASHINGTON, DC

[PROPOSED] ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

53.     Paragraph 53 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

54.     Paragraph 54 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

55.     Paragraph 55 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

56.     The first sentence of Paragraph 56 is denied. The MIT Election Lab article referenced in the complaint speaks for itself and accordingly no response is required.

57.     Proposed Intervenors lack knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 57 and therefore deny them.

58.     Denied.

59.     Denied.

60.     Paragraph 60 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

61.     Paragraph 61 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

**COUNT I**
**Equitable Relief under *Ex Parte Young***
**Violation of 3 U.S.C. § 1, 2 U.S.C. §§ 1, 7**

62.     Proposed Intervenors incorporate the responses to Paragraphs 1–61 as if set forth fully herein.

63.     Admitted.

64.     Admitted.

65.     Denied.

66.     Paragraph 66 contains legal contentions, characterizations, conclusions, and opinions to which no response is required.

67.     Denied.

68.     Paragraph 68 contains legal contentions, characterizations, conclusions, and

[PROPOSED] ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1    opinions to which no response is required.

2        69.   Denied.

3        70.   Paragraph 70 contains legal contentions, characterizations, conclusions, and

4    opinions to which no response is required.

5        71.   Denied.

## COUNT II
### Violation of the Right to Stand for Office (42 U.S.C. § 1983)

7        72.   Proposed Intervenors incorporate the responses to Paragraphs 1–71 as if set forth

8    fully herein.

9        73.   Denied.

10       74.   Denied.

11       75.   Denied.

12       76.   Denied.

## COUNT III
### Violation of the Right to Vote (42 U.S.C. § 1983)

14       77.   Proposed Intervenors incorporate the responses to Paragraphs 1–76 as if set forth

15   fully herein.

16       78.   Denied.

17       79.   Paragraph 79 contains legal contentions, characterizations, conclusions, and

18   opinions to which no response is required.

19       80.   Denied.

20       81.   Denied.

21       82.   Denied.

## GENERAL DENIAL

23   Proposed Intervenors deny every allegation in the Complaint that is not expressly

24   admitted herein.

## AFFIRMATIVE DEFENSES

26   Proposed Intervenors set forth their affirmative defenses without assuming the burden of

27   proving any fact, issue, or element of a cause of action where such burden properly belongs to

28

ELIAS LAW GROUP
LLP
ATTORNEYS AT LAW
WASHINGTON, DC

[PROPOSED] ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiffs. Moreover, nothing stated here is intended or shall be construed as an admission that any particular issue or subject matter is relevant to the allegations in the complaint. Proposed Intervenors reserve the right to amend or supplement their affirmative defenses as additional facts concerning defenses become known.

As separate and distinct affirmative defenses, Proposed Intervenors allege as follows:

1.      Plaintiffs fail to state a claim on which relief can be granted.

2.      This Court lacks subject matter jurisdiction.

3.      Plaintiffs do not have Article III standing.

4.      Plaintiffs lack a private right of action.

5.      Plaintiffs' claims are equitably barred, including by laches.

## PRAYER FOR RELIEF

**WHEREFORE**, Proposed Intervenors ask this Court to enter judgment in their favor and provide the following relief:

A.      Deny that Plaintiffs are entitled to any relief;

B.      Dismiss Plaintiffs' complaint in its entirety, with prejudice; and

C.      Grant such other and further relief as the Court may deem just and proper.

**BRAVO SCHRAGER LLP**

By:     */s/ Bradley S. Schrager*
        BRADLEY S. SCHRAGER, ESQ. (SBN 10217)
        DANIEL BRAVO, ESQ. (SBN 13078)
        6675 South Tenaya Way, Suite 200
        Las Vegas, Nevada 89113
        Tele.: (702) 996-1724
        Email: bradley@bravoschrager.com
        Email: daniel@bravoschrager.com

        DAVID R. FOX, ESQ. (SBN 16536)
        CHRISTOPHER D. DODGE, ESQ.
        (*pro hac vice* forthcoming)
        **ELIAS LAW GROUP LLP**
        250 Massachusetts Ave NW, Suite 400
        Washington, DC 20001
        Tele.: (202) 968-4490
        Email: dfox@elias.law
        Email: cdodge@elias.law
        *Attorneys for Proposed Intervenor-Defendants*

[PROPOSED] ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Elias Law Group
LLP
Attorneys at Law
Washington, DC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of May, 2024 a true and correct copy of Proposed Intervenors' Proposed Answer to Complaint for Declaratory and Injunctive Relief was served via the United States District Court's CM/ECF system on all parties or persons requiring notice.

By: _____*/s/ Dannielle Fresquez*_____
Dannielle Fresquez, an Employee of
BRAVO SCHRAGER LLP

ELIAS LAW GROUP
LLP
ATTORNEYS AT LAW
WASHINGTON, DC

- 9 -
[PROPOSED] ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF