JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
ALICIA R. ASHCRAFT, ESQ.
Nevada Bar No. 6890
ASHCRAFT & BARR LLP
8275 S Eastern Avenue
Ste 200-695
Las Vegas, NV 89123
702-631-4755
Fax: 702-631-4755
barrj@ashcraftbarr.com
ashcrafta@ashcraftbarr.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Republican National Committee et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> Burgess et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 3:24-cv-0198-MMD-CLB |

**MOTION FOR EXTENSION OF TIME**
**(FIRST REQUEST)[1]**

Plaintiffs respectfully request a one-week extension of time to file a Verified Petition and Designation of Local Counsel ("Verified Petition") for Mr. Gary M. Lawkowski and Mr. Michael A. Columbo, respectively.

On May 3, 2024, the Court ordered Mr. Lawkowski and Mr. Columbo to file their respective Verified Petitions by May 17, 2024. *See* ECF Nos. 7, 8. Mr. Lawkowski and Mr. Columbo are awaiting receipt of a Certificate of Good Standing from one state each to complete their respective Verified Petitions. They anticipate receiving a copy of each Certificate of Good Standing within the

---

[1] Undersigned Plaintiffs' counsel has reached out to counsel for Intervenor Defendants who have appeared, and neither opposes this Motion.

1

next few days, which will allow them to submit a complete Verified Petition.  Plaintiffs apologize for this delay and respectfully request the Court's forbearance.

Dated: May 17, 2024

ASHCRAFT & BARR LLP

/s/ Jeffrey F. Barr
JEFFREY F BARR, ESQ.
Nevada Bar No. 7269
8275 S Eastern Avenue
Ste 200-695
Las Vegas, NV 89123
702-631-4755
Fax: 702-631-4755
Email: barrj@ashcraftbarr.com

**CERTIFICATE OF SERVICE**

Plaintiffs' MOTION FOR EXTENSION OF TIME (First Request) was served on all appearing parties on the 17th day of May 2024 by electronic service by way of the Court's ECF System.

/s/ Jeffrey F. Barr
An employee of Ashcraft & Barr LLP

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Republican National Committee et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> Burgess et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 3:24-cv-0198-ART-CLB |

**[PROPOSED] ORDER**

Upon review of Plaintiffs' Motion for Extension of Time-First Request ("Motion") and the surrounding circumstances, Plaintiffs' Motion is **GRANTED.**

Mr. Gary Lawkowski is hereby **ORDERED** to file a Verified Petition and Designation of Local Counsel and for the court's electronic filing system at PACER by May 24, 2024.

Mr. Michael Columbo is hereby **ORDERED** to file a Verified Petition and Designation of Local Counsel and for the court's electronic filing system at PACER by May 24, 2024.

_____                    _____
Date                                                                                 United States District Judge

3