# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REPUBLICAN NATIONAL COMMITTEE, et al.

Plaintiff(s),

vs.

CARI-ANN BURGESS, et al.

Defendant(s).

Case #3:24-cv-00198

**ORDER GRANTING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

\_\_\_\_Thomas R. McCarthy\_\_\_\_, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Consovoy McCarthy PLLC
(firm name)

with offices at   1600 Wilson Boulevard, Suite 700  ,
(street address)

  Arlington  ,   Virginia  ,   22209  ,
(city)                (state)            (zip code)

  (703) 243-9423  ,   tom@consovoymccarthy.com  .
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

  the Republican National Committee, et al.   to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since October 12, 2001, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of Virginia
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| List of admissions attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

District of Columbia Bar; Virginia State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| April 1, 2024 | 2:24-cv-00518 | District of Nevada | Denied |
| May 10, 2024 | 2:24-cv-00518 | District of Nevada | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_Thomas R McCarthy_
Petitioner's signature

STATE OF ___Virginia___ )
                        )
COUNTY OF ___Arlington___ )

___Thomas R. McCarthy___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_Thomas R McCarthy_
Petitioner's signature

Subscribed and sworn to before me this

___10th___ day of ___May___, ___2024___.

_[signature]_
Notary Public or Clerk of Court

Christopher Stockton Olson
Notary Public
Reg #8081457
Commonwealth of Virginia
My Commission Expires 3/31/2027

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Jeffrey F. Barr___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___8275 South Eastern Avenue, Suite 200___,
(street address)

___Las Vegas___, ___Nevada___, ___89123___,
(city)           (state)        (zip code)

___(702) 631-4755___, ___barrj@ashcraftbarr.com___.
(area code + telephone number)  (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Jeffrey F. Barr_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

[Party signatures attached on separate page]
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*[signature]*
_____
Designated Resident Nevada Counsel's signature

7269                    barrj@ashcraftbarr.com
Bar number              Email address

APPROVED:

Dated: this   20th   day of      May      , 20 24 .

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Sigal Chattah_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Nevada Republican Party, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8264                        sigal@thegoodlawyerlv.com
Bar number                  Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned parties appoint Jeffrey F. Barr as their Designated Resident Nevada Counsel in this case.

_____
(Signature)

Republican National Committee, Plaintiff

_____
(Signature)

Donald J. Trump for President 2024, Inc.

_____
(Signature)

Donald J. Szymanski

## LIST OF ADMISSIONS FOR THOMAS R. MCCARTHY

| Court | Bar Number | Date of Admission |
|---|---|---|
| Virginia State Bar | 47154 | 10/12/01 |
| Bar of the District of Columbia | 489651 | 10/4/04 |
| DC District Court of Appeals | 489651 | 5/7/07 |
| US Court of Appeals for the DC Circuit | N/A | 10/4/04 |
| US Court of Appeals for the First Circuit | N/A | 11/5/19 |
| US Court of Appeals for the Second Circuit | N/A | 2/13/14 |
| US Court of Appeals for the Fourth Circuit | N/A | 10/29/01 |
| US Court of Appeals for the Fifth Circuit | N/A | 10/8/09 |
| US Court of Appeals for the Ninth Circuit | N/A | 9/14/04 |
| US Court of Appeals for the Tenth Circuit | N/A | 5/11/12 |
| US District Court, D.C. | N/A | 5/7/07 |
| US District Court, E.D. Virginia | N/A | 11/7/08 |
| US District Court, W.D. Wisconsin | N/A | 10/13/23 |
| US District Court, W.D. Michigan | N/A | 3/7/24 |
| Virginia Supreme Court | N/A | 10/29/01 |
| US District Court, District of Connecticut | N/A | 1/14/15 |
| Supreme Court of the United States | N/A | 8/15/11 |
| US Court of Federal Claims | N/A | 9/26/17 |

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Thomas Ryan McCarthy

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2001.

I further certify that so far as the records of this office are concerned, Thomas Ryan McCarthy is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 8th day of January
A.D. 2024

By: _____
Deputy Clerk



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# Thomas R McCarthy

*was duly qualified and admitted on October 4, 2004 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 09, 2024.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*