# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REPUBLICAN NATIONAL
COMMITTEE, et al.

   Plaintiff(s),

 vs.

CARI-ANN BURGESS, et al.

   Defendant(s).

Case #3:24-cv-00198

**ORDER GRANTING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Gilbert C. Dickey_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Consovoy McCarthy PLLC
(firm name)

with offices at _____1600 Wilson Boulevard, Suite 700_____,
(street address)

___Arlington___, ___Virginia___, ___22209___,
(city)         (state)         (zip code)

___(703) 243-9423___, ___gilbert@consovoymccarthy.com___.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___the Republican National Committee, et al.___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 4/11/2023 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Virginia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| List of admissions attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Alabama State Bar; District of Columbia Bar; Virginia State Bar; North Carolina State Bar; West Virginia State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| April 1, 2024 | 2:24-cv-00518 | District of Nevada | Denied |
| May 10, 2024 | 2:24-cv-00518 | District of Nevada | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Virginia____ )
                          )
COUNTY OF ____Arlington___ )

____Gilbert C. Dickey____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_10th_ day of _May_, _2024_.

_____
Notary Public or Clerk of Court

Christopher Stockton Olson
Notary Public
Reg #8081457
Commonwealth of Virginia
My Commission Expires 3/31/2027

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Jeffrey F. Barr____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____8275 South Eastern Avenue, Suite 200____
(street address)

__Las Vegas__, __Nevada__, __89123__
(city)        (state)        (zip code)

__(702) 631-4755__, __barrj@ashcraftbarr.com__
(area code + telephone number)  (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Jeffrey F. Barr_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

[Party signatures attached on separate page]
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7269                    barrj@ashcraftbarr.com
Bar number              Email address

APPROVED:

Dated: this __20th__ day of ____May____, 20_24_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Sigal Chattah_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Nevada Republican Party, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8264                       sigal@thegoodlawyerlv.com
Bar number                 Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned parties appoint Jeffrey F. Barr as their Designated Resident Nevada Counsel in this case.

_____
(Signature)

Republican National Committee, Plaintiff

_____
(Signature)

Donald J. Trump for President 2024, Inc.

_____
(Signature)

Donald J. Szymanski

## LIST OF ADMISSIONS FOR GILBERT C. DICKEY

| Court | Bar Number | Date of Admission |
|---|---|---|
| Alabama Bar | 2140-A46J | 9/28/12 |
| West Virginia Bar | 12655 | 5/13/15 |
| District of Columbia Bar | 1645164 | 12/2/19 |
| North Carolina Bar | 58350 | 10/8/21 |
| Virginia Bar | 98858 | 4/11/23 |
| US Court of Appeals for the Eleventh Circuit | N/A | 7/29/14 |
| US Court of Appeals for the Fourth Circuit | N/A | 10/19/15 |
| US Court of Appeals for the Fifth Circuit | N/A | 2/13/19 |
| US Court of Appeals for the Ninth Circuit | N/A | 5/10/19 |
| US Court of Appeals for the Third Circuit | N/A | 9/4/20 |
| US Court of Appeals for the Seventh Circuit | N/A | 11/27/20 |
| US Court of Appeals for the Second Circuit | N/A | 12/9/20 |
| US Court of Appeals for the D.C. Circuit | N/A | 3/10/21 |
| US District Court, N.D. West Virginia | N/A | 5/11/16 |
| US District Court, S.D. West Virginia | N/A | 5/13/15 |
| US District Court, W.D. North Carolina | N/A | 3/14/22 |
| US District Court, W.D. Michigan | N/A | 3/7/24 |
| Supreme Court of the United States | N/A | 6/21/21 |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Gilbert Dickey

was duly qualified and admitted on December 2, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 01, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

## Supreme Court of Alabama
300 Dexter Avenue
Montgomery AL 36104

| | | | |
|---|---|---|---|
| **Case No.** | ASB-ATT-DIC037 | | |
| **Case Title** | Gilbert Charles Dickey, Attorney at Law. | | |
| **Receipt No.** | 4492 | **Receipt Date** | 04-09-2024 04:24 PM |
| **Payor** | Gilbert Charles Dickey | **Transaction Date** | 04-09-2024 04:25 PM |
| **Cashier** | MS | **Receipted** | $15.00 |
| | | **Change Due** | $0.00 |

### Payment Methods

| Method | Card Type | Reference No. | Void | Amount |
|---|---|---|---|---|
| Check | | 312 | | $15.00 |
| | | | | **$15.00** |

### Cost Types

| Name | Assessment | Case No. | Amount | Balance |
|---|---|---|---|---|
| Certificate of Good Standing | 6819 | ASB-ATT-DIC037 | $15.00 | $0.00 |
| | | | **$15.00** | **$0.00** |

### Balances

| Due From | Case No. | Balance |
|---|---|---|
| | | $0.00 |

Generated 04-09-2024 04:25 PM        Page 1 of 1

# SUPREME COURT OF ALABAMA
## Certificate Request Form

**Requestor's Name:** Harrison Chen

**Requestor's Firm or Organization Name:** Consovoy McCarthy PLLC

**Requestor's Telephone Number:** 703-243-9423

**Requestor's E-Mail Address:** harrison@consovoymccarthy.com

**Attorney's Full Name as Admitted to the Alabama State Bar:**

First: Gilbert    Middle: Charles    Last: Dickey ✓

**Attorney's Alias:**

First: Gilbert    Middle: Charles    Last: Dickey

**Attorney's Firm or Organization Name:** Consovoy McCarthy PLLC

**Attorney's Date of Admission to the Alabama State Bar:**

Month: September    Day: 28    Year: 2012 ✓

**Certificate Mailing Address:**

Address 1: 1600 Wilson Blvd.

Address 2: Suite 700

City: Arlington    State: VA    Zip: 22209

**Quantity of Certificates of Admission ($40.00/each):** 0

**Quantity of Certificates of Good Standing ($15.00/each):** 1

**Total Amount Enclosed:** $15

**Additional Comments:** Could you please (1) expedite this request and (2) send an electronic copy of the certificate of good standing to harrison@consovoymccarthy.com?

*[Handwritten:] XTD - DIC037*
*Bar TD - 2140A46J*

**Make Check or Money Order Payable to:**
Clerk of the Supreme Court of Alabama

**Submit Request and Payment to:**
Office of the Clerk of Court
Supreme Court of Alabama
ATTN: Certificate Requests
300 Dexter Avenue, Suite 3-300
Montgomery, Alabama  36104

# The Supreme Court of Alabama



## Certificate Of Admission

I, Megan B. Rhodebeck, Clerk of the Supreme Court of Alabama, do hereby certify that **Gilbert Charles Dickey** was duly and legally admitted to practice law by the Supreme Court of Alabama on **September 28, 2012** and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on **April 9, 2024** with the seal of the Supreme Court of Alabama attached.



*Megan B. Rhodebeck*

Megan B. Rhodebeck
Clerk of the Supreme Court of Alabama





FILED

APR 8 2024

CLERK
SUPREME COURT OF ALABAMA



# Certificate of Good Standing

I, Alice Neece Mine, Secretary of the North Carolina State Bar, do hereby certify that

## Gilbert Charles Dickey
Bar # 58350

was licensed to practice law by the State of North Carolina on October 8, 2021.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 3rd of April, 2024.

Secretary of the North Carolina State Bar



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **GILBERT CHARLES DICKEY** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **GILBERT CHARLES DICKEY** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 11, 2023,** AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

Issued April 11, 2024

DaVida M. Davis
**Director of Regulatory Compliance**