# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REPUBLICAN NATIONAL COMMITTEE, et al.

    Plaintiff(s),

vs.

CARI-ANN BURGESS, et al.

    Defendant(s).

Case #3:24-cv-00198

**ORDER GRANTING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

---

    Thomas S. Vaseliou, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Consovoy McCarthy PLLC
(firm name)

with offices at 1600 Wilson Boulevard, Suite 700,
(street address)

Arlington, Virginia, 22209,
(city)    (state)    (zip code)

(703) 243-9423, tvaseliou@consovoymccarthy.com.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

the Republican National Committee, et al. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since October 25, 2019, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of Texas
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| List of admissions attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Texas Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*[signature: Thomas Vaseliou]*
Petitioner's signature

STATE OF _____Virginia_____ )
                              )
COUNTY OF _____Arlington_____ )

_____Thomas S. Vaseliou_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*[signature: Thomas Vaseliou]*
Petitioner's signature

Subscribed and sworn to before me this 16th day of May, 2024.

*[signature: Christopher Olson]*
Notary Public or Clerk of Court

*[Notary seal: Christopher Stockton Olson, Notary Public, Reg #8081457, Commonwealth of Virginia, My Commission Expires 3/31/2027]*

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Jeffrey F. Barr_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____8275 South Eastern Avenue, Suite 200_____,
(street address)

___Las Vegas___, ___Nevada___, ___89123___,
(city)          (state)        (zip code)

___(702) 631-4755___, ___barrj@ashcraftbarr.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Jeffrey F. Barr_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

[Party signatures attached on separate page]
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*[signature]*
_____
Designated Resident Nevada Counsel's signature

7269                        barrj@ashcraftbarr.com
Bar number                  Email address

APPROVED:

Dated: this __20th__ day of __May__, 20__24__.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

5

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Sigal Chattah_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Nevada Republican Party, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8264                    sigal@thegoodlawyerlv.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned parties appoint Jeffrey F. Barr as their Designated Resident Nevada Counsel in this case.

_____
(Signature)

Republican National Committee, Plaintiff

_____
(Signature)

Donald J. Trump for President 2024, Inc.

_____
(Signature)

Donald J. Szymanski

## **Vaseliou Court Admissions**

| | |
|---|---|
| Texas Supreme Court | Bar No. 24115891 |
| | Admission Date: Oct. 25, 2019 |
| First Circuit Court of Appeals | Admission Date: Jan. 25, 2023 |
| Fifth Circuit Court of Appeals | Admission Date: July 13, 2022 |
| Sixth Circuit Court of Appeals | Admission Date: Aug. 14, 2023 |
| Eighth Circuit Court of Appeals | Admission Date: Dec. 9, 2022 |
| Tenth Circuit Court of Appeals | Admission Date: Mar. 31, 2020 |
| Eleventh Circuit Court of Appeals | Admission Date: May 9, 2024 |
| D.C. Circuit Court of Appeals | Admission Date: Nov. 23, 2020 |

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

    **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

### Thomas Samuel  Vaseliou

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 25th day of October, 2019.

    I further certify that the records of this office show that, as of this date

### Thomas Samuel  Vaseliou

is presently enrolled with the State Bar of Texas as an active member in good standing.

    **IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 9th day of May, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 7948C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 09, 2024

Re: Thomas Samuel Vaseliou, State Bar Number 24115891

To Whom It May Concern:

This is to certify that Thomas Samuel Vaseliou was licensed to practice law in Texas on October 25, 2019, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167