UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Republican National Committee et al.,

        Plaintiff(s),

vs.

Burgess et al.,

        Defendant(s).

Case No. 3:24-cv-0198-MMD-CLB

**ORDER**

Upon review of Plaintiffs' Motion for Extension of Time-First Request ("Motion") and the surrounding circumstances, Plaintiffs' Motion is **GRANTED.**

Mr. Gary Lawkowski is hereby **ORDERED** to file a Verified Petition and Designation of Local Counsel and for the court's electronic filing system at PACER by May 24, 2024.

Mr. Michael Columbo is hereby **ORDERED** to file a Verified Petition and Designation of Local Counsel and for the court's electronic filing system at PACER by May 24, 2024.

May 20, 2024
_____
Date

_____
United States District Judge

3