DocuSign Envelope ID: E0B4A942-EF0E-4919-88D4-92DDAD91C93E

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Republican National Committee et al.

　　　　Plaintiff(s),

vs.

Burgess et al

　　　　Defendant(s).

Case #: 3:24-cv-0198-MMD-CLB

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Gary Lawkowski_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Dhillon Law Group, Inc._____
(firm name)

with offices at _____2121 Eisenhower Avenue, Suite 608_____,
(street address)

_____Alexandria_____, _____Virginia_____, _____22314_____,
(city)                        (state)              (zip code)

_____703-574-1654_____, _____glawkowski@dhillonlaw.com_____.
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Donald J. Trump for President 2024, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

DocuSign Envelope ID: E0B4A942-EF0E-4919-88D4-92DDAD91C93E

1  3. That since _____March 29, 2022_____, Petitioner has been and presently is a
2  member in good standing of the bar of the highest Court of the State of ___District of Columbia___
3  where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
4  from the clerk of the supreme court or highest admitting court of each state, territory, or insular
5  possession of the United States in which the applicant has been admitted to practice law certifying
6  the applicant's membership therein is in good standing.

7  4. That Petitioner was admitted to practice before the following United States District
8  Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
9  of other States on the dates indicated for each, and that Petitioner is presently a member in good
10 standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| see attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

19  5. That there are or have been no disciplinary proceedings instituted against petitioner,
20 nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
21 or administrative body, or any resignation or termination in order to avoid disciplinary or
22 disbarment proceedings, except as described in detail below:

There was a complaint filed against me with the State Bar of Arizona. Per the letter from the State Bar dated September 2023: "After our review of the charge, we have determined that no further investigation is warranted at this time. We therefore consider this file closed." The Bar went on to note: "The record shows a consumer charge that was dismissed."

Rev. 5/16

DocuSign Envelope ID: E0B4A942-EF0E-4919-88D4-92DDAD91C93E

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

Virginia
District of Columbia

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

DocuSign Envelope ID: E0B4A942-EF0E-4919-88D4-92DDAD91C93E

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  Virginia  )
City
~~COUNTY~~ OF  Alexandria  )

Gary Lutkowski , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

16th day of May , 2024 .

Erin B. Potter
Notary Public or Clerk of Court

[Notary Seal: ERIN BETHANY POTTER, NOTARY PUBLIC, REG # 7903822, MY COMMISSION EXPIRES 3/31/2028, COMMONWEALTH OF VIRGINIA]

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate   Alicia R. Ashcraft  ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

8275 S Eastern Ave, Ste 200-695
(street address)

Las Vegas          ,   Nevada   ,   89123
(city)                     (state)       (zip code)

702-631-4755        ,   ashcrafta@ashcraftbarr.com
(area code + telephone number)       (Email address)

4

Rev. 5/16

DocuSign Envelope ID: E0B4A942-EF0E-4919-88D4-92DDAD91C93E

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ____Alicia R. Ashcraft____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Bradley Crate*
_____
(party's signature)
Treasurer
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Alicia R. Ashcraft*
_____
Designated Resident Nevada Counsel's signature

____6890____        ashcrafta@ashcraftbarr.com
Bar number          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Bar Admissions for Gary Lawkowski

| Court | Date | Bar # |
|---|---|---|
| Supreme Court of Virginia | October 31, 2011 | 82329 |
| U.S. Eastern District of Virginia | On or about November 23, 2021 | |
| U.S. District Court District of Columbia | January 3, 2022 | VA125 |
| U.S. District Court Western District of Virginia | January 20, 2022 | |
| U.S. Court of Appeals for the Fourth Circuit | March 31, 2022 | |
| U.S. Supreme Court | April 25, 2022 | 315998 |
| U.S. Court of Appeals for the District of Columbia | May 18, 2022 (on or about) | 63692 |
| U.S. Court of Appeals for the Fifth Circuit | June 8, 2022 | |
| U.S. Court of Appeals for the Sixth Circuit | January 12, 2023 | |
| U.S. Court of Appeals for the First Circuit | March 14, 2023 | 1207310 |
| U.S. Court of Appeals for the Second Circuit | March 27, 2023 | |
| U.S. Court of Appeals for the Eleventh Circuit | May 26, 2023 | 025956192 (EDF Number) |
| U.S. Court of Appeals for the Ninth Circuit | August 16, 2023 | |
| U.S. Court of Appeals for the Tenth Circuit | January 24, 2024 | |

| State Bar | Date | Bar # |
|---|---|---|
| Virginia | October 14, 2011 | 82329 |
| D.C. | March 29, 2022 | 1781747 |