1  Jeffrey F. Barr (NV Bar No. 7269)
   8275 South Eastern Avenue, Suite 200
2  Las Vegas, NV 89123
   (702) 631-4755
3  barrj@ashcraftbarr.com

4  Thomas R. McCarthy* (VA Bar No. 47145)
   Conor D. Woodfin* (VA Bar No. 98937)
5  Thomas S. Vaseliou* (TX Bar No. 24115891)
   1600 Wilson Boulevard, Suite 700
6  Arlington, VA 22209
   (703) 243-9423
7  tom@consovoymccarthy.com
   conor@consovoymccarthy.com
8  tvaseliou@consovoymccarthy.com

9  Sigal Chattah (NV Bar No. 8264)
   5875 S. Rainbow Blvd #204
10 Las Vegas, NV 89118
   (702) 360-6200
11 sigal@thegoodlawyerlv.com

12 David A. Warrington* (VA Bar No. 72293)
   Gary M. Lawkowski** (VA Bar No. 82329)
13 2121 Eisenhower Avenue, Suite 608
   Alexandria, VA 22314
14 703-574-1206
   DWarrington@dhillonlaw.com
15 GLawkowski@dhillonlaw.com

16 Michael A. Columbo* (CA Bar No. 271283)
   177 Post Street, Suite 700
17 San Francisco, California 94108
   MColumbo@dhillonlaw.com
18

19 *admitted pro hac vice
   **pro hac vice pending

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEVADA | |
| REPUBLICAN NATIONAL COMMITTEE;<br>NEVADA REPUBLICAN PARTY; DONALD J.<br>TRUMP FOR PRESIDENT 2024, INC.; and<br>DONALD J. SZYMANSKI,<br>　　　　　　Plaintiffs,<br>　　v.<br>CARI-ANN BURGESS, *in her official capacity as the Washoe County Registrar of Voters*; JAN GALASSINI, *in her official capacity as the Washoe County Clerk*; LORENA PORTILLO, *in her official capacity as the Clark County Registrar of Voters*; LYNN MARIE GOYA, *in her official capacity as the Clark County Clerk*; FRANCISCO AGUILAR, *in his official capacity as Nevada Secretary of State*,<br>　　　　　　Defendants. | No. 3:24-cv-198-MMD-CLB<br><br>**NOTICE OF NON-OPPOSITION TO DNC INTERVENTION** |

On May 13, 2024, the Democratic National Committee moved to intervene in this case. *See* Mot. (Doc. 20). Noting the DNC's commitment "to adhere to any case schedule set by the Court without delay," Plaintiffs do not oppose the DNC's intervention in this case. Mot. 6.

| | | |
|---|---|---|
| 1 | Dated: May 24, 2024 | Respectfully submitted, |
| 2 | Thomas R. McCarthy* | */s/ Jeffrey F. Barr* |
| 3 | VA Bar No. 47145 | |
|   | Conor D. Woodfin* | Jeffrey F. Barr (NV Bar No. 7269) |
| 4 | VA Bar No. 98937 | ASHCRAFT & BARR LLP |
|   | Thomas S. Vaseliou* | 8275 South Eastern Ave., Suite 200 |
| 5 | TX Bar No. 24115891 | Las Vegas, NV 89123 |
|   | CONSOVOY MCCARTHY PLLC | (702) 631-4755 |
| 6 | 1600 Wilson Boulevard, Suite 700 | barrj@ashcraftbarr.com |
|   | Arlington, VA 22209 | |
| 7 | (703) 243-9423 | *Counsel for the RNC, Donald J. Trump* |
| 8 | tom@consovoymccarthy.com | *for President 2024, Inc., and Donald J.* |
|   | conor@consovoymccarthy.com | *Szymanski* |
| 9 | tvaseliou@consovoymccarthy.com | |
|   | | */s/ Sigal Chattah* |
| 10 | *Counsel for Plaintiffs* | |
|   | | Sigal Chattah (NV Bar No. 8264) |
| 11 | | CHATTAH LAW GROUP |
| 12 | David A. Warrington* | 5875 S. Rainbow Blvd #204 |
|   | VA Bar No. 72293 | Las Vegas, NV 89118 |
| 13 | Gary M. Lawkowski** | (702) 360-6200 |
|   | VA Bar No. 82329 | sigal@thegoodlawyerlv.com |
| 14 | DHILLON LAW GROUP, INC. | |
|   | 2121 Eisenhower Avenue, Suite 608 | *Counsel for the Nevada Republican Party* |
| 15 | Alexandria, VA 22314 | |
| 16 | 703-574-1206 | |
|   | DWarrington@dhillonlaw.com | |
| 17 | GLawkowski@dhillonlaw.com | |
| 18 | Michael A. Columbo* | |
|   | CA Bar No. 271283 | |
| 19 | DHILLON LAW GROUP, INC. | |
|   | 177 Post Street, Suite 700 | |
| 20 | San Francisco, California 94108 | |
| 21 | MColumbo@dhillonlaw.com | |
| 22 | *Counsel for Donald J. Trump for President 2024, Inc.* | |
| 23 | | |
|   | *\*admitted pro hac vice* | |
| 24 | *\*\*pro hac vice pending* | |
| 25 | | 2 |

Notice of Non-Opposition