Kevin J. Hamilton, WA Bar No. 15648*
Heath L. Hyatt, WA Bar No. 54141*
Margo S. Jasukaitis, WA Bar No. 57045*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:   +1.206.359.8000
KHamilton@perkinscoie.com
HHyatt@perkinscoie.com
MJasukaitis@perkinscoie.com

Daniel H. Stewart
NV Bar No. 11287
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone:   +1.702.464.7018
dstewart@bhfs.com

*Attorneys for the Democratic National Committee*
*\*Admitted to Practice in this Case Pro Hac Vice with Designated Nevada Counsel*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NEVADA REPUBLICAN PARTY; DONALD J. TRUMP FOR PRESIDENT 2024, INC.; and DONALD J. SZYMANSKI,<br><br>Plaintiffs,<br>v.<br><br>CARI-ANN BURGESS, *in her official capacity as the Washoe County Registrar of Voters*; JAN GALASSINI, *in her official capacity as the Washoe County Clerk*; LORENA PORTILLO, *in her official capacity as the Clark County Registrar of Voters*; LYNN MARIE GOYA, *in her official capacity as the Clark County Clerk*; FRANCISCO AGUILAR, *in his official capacity as Nevada Secretary of State*,<br><br>Defendants. | Case No.: 3:24-cv-00198-MMD-CLB<br><br>***EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND ORDER GRANTING MOTION** |

28835236

1  Intervenor-Defendant, Democratic National Committee, by and through its former counsel
2  of record, Daniel H. Stewart, Esq., of Brownstein Hyatt Farber Schreck, LLP, hereby brings this
3  *Ex Parte* Motion to Remove Counsel From CM/ECF Service List.
4  The basis of this Motion is that Brownstein Hyatt Farber Schreck, LLP, were substituted
5  out of this matter on May 23, 2024 pursuant to Order Granting [Docket 53] Stipulation Substituting
6  Designated Resident Nevada Counsel for Intervenor-Defendant Democratic National Committee
7  [Docket 47].
8  / / /
9
10  / / /
11
12  / / /
13
14  / / /
15
16  / / /
17
18  / / /
19
20  / / /
21
22  / / /
23
24  / / /
25
26  / / /
27
28  / / /

Therefore, it is no longer necessary that Daniel H. Stewart, Esq., of Brownstein Hyatt Farber Schreck, LLP receive CM/ECF notice and hereby request that he be removed from the CM/ECF service list.

DATED this 29th day of May, 2024.

*/s/ Danie; H. Stewart*
Daniel H. Stewart, NV Bar No. 11287
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
dstewart@bhfs.com

Kevin J. Hamilton, WA Bar No. 15648*
Heath L. Hyatt, WA Bar No. 54141*
Margo S. Jasukaitis, WA Bar No. 57045*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
KHamilton@perkinscoie.com
HHyatt@perkinscoie.com
MJasukaitis@perkinscoie.com

*Attorneys for the Democratic National Committee*
*\*Admitted to Practice in this Case Pro Hac Vice*
*with Designated Nevada Counsel*

**ORDER**

IT IS SO ORDERED.

DATED this 29th day of May 2024.

_____
UNITED STATES MAGISTRATE JUDGE

28835236