CHRISTOPHER J. HICKS
Washoe County District Attorney
HERBERT KAPLAN
Deputy District Attorney
Bar Number: 7395
ELIZABETH HICKMAN
Deputy District Attorney
Bar Number: 11598
One South Sierra Street
Reno, NV 89501
(775) 337-5700
hkaplan@da.washoecounty.gov
ehickman@da.washoecounty.gov

ATTORNEYS FOR CARI-ANN
BURGESS AND JAN GALASSINI

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NEVADA REPUBLICAN PARTY; DONALD J. TRUMP FOR PRESIDENT 2024, INC.; and DONALD J. SZYMANSKI, <br><br> Plaintiff, <br><br> vs. <br><br> CARI-ANN BURGESS, *in her official capacity as the Washoe County Registrar of Voters*, JAN GALASSINI*, in her official capacity as the Washoe County Clerk*; LORENA PORTILLO, *in her official capacity as the Clark County Registrar of Voters*, LYNN MARIE GOYA, *in her official capacity as the Clark County Clerk*; FRANCISCO AGUILAR, *in his official capacity as Nevada Secretary of State*, <br><br> Defendants.       / | Case No.  3:24-CV-00198-MMD-CLB <br><br> **DEFENDANTS CARI-ANN BURGESS AND JAN GALASSINI'S JOINDER IN DEFENDANT SECRETARY OF STATE'S REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 78]** |

Defendants Cari-Ann Burgess, in her official capacity as Registrar of Voters for Washoe County, and Jan Galassini, in her official capacity as Washoe County Clerk, by and through

counsel, Christopher Hicks, Washoe County District Attorney, and Herbert Kaplan and Elizabeth Hickman, Deputy District Attorneys, hereby join in Defendant Secretary of State's Reply in Support of Motion to Dismiss [ECF No. 78] in its entirety.

Dated: June 20, 2024.

CHRISTOPHER J. HICKS
District Attorney

By   /s/ Elizabeth Hickman
HERBERT KAPLAN
Deputy District Attorney
ELIZABETH HICKMAN
Deputy District Attorney
One South Sierra Street
Reno, NV 89501
ehickman@da.washoecounty.gov
(775) 337-5700

ATTORNEYS FOR WASHOE COUNTY

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, I deposited for mailing in the U.S. Mails, with postage fully prepaid, a true and correct copy of the foregoing document in an envelope addressed to the following:

GARY M. LAWKOWSKI, ESQ.
2121 EISENHOWER AVE., SUITE 608
ALEANDRIA, VA 22314

MICHAEL A. COLUMBO, ESQ.
177 POST STREET, SUITE 700
SAN FRANCISCO, CA 94108

I certify that on this date, the foregoing was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

| | |
|---|---|
| ALEX R. VELTO, ESQ. | ALICIA R. ASHCRAFT, ESQ. |
| BRADLEY SCOTT SCHRAGER, ESQ. | CHRISTOPHER D. DODGE, ESQ. |
| CONNOR WOODFIN, ESQ. | DANIEL BRAVO, ESQ. |
| DAVID WARRINGTON, ESQ. | DAVID ROBERT FOX, ESQ. |
| DEVON T. REESE, ESQ. | GILBERT C. DICKEY, ESQ. |
| HEATH HYATT, ESQ. | JEFFREY FREDERICK BARR, ESQ. |
| KEVIN J. HAMILTON, ESQ. | LAENA ST-JULES, ESQ. |
| LISA LOGSDON, ESQ. | MARGO S. JASUKAITIS, ESQ. |
| NATHAN R. RING, ESQ. | SADMIRA RAMIC, ESQ. |
| SIGAL CHATTAH, ESQ. | THOMAS MCCARTHY, ESQ. |
| THOMAS S. VASELIOU, ESQ. | |

Dated this 20th day of June, 2024.

/s/ N. Stapledon
N. Stapledon