AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

REPUBLICAN NATIONAL
COMMITTEE et. al.,

         Plaintiff,

v.

BURGESS et. al.,

         Defendant.

**JUDGMENT**

Case Number:    3:24-cv-00198-MMD-CLB

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Government Defendants' and Non-Profit Intervenors' motions to dismiss (ECF Nos. 60,[69] are granted.

**IT IS FURTHER ORDERED** that the DNC's motion to dismiss (ECF No. 59) and the American Civil Liberties Union of Nevada's motion for leave to file an amicus curiae brief (ECF No. 76) are denied as moot.

**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: _____
July 17, 2024

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*